UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MAGGIE SMITH,

Plaintiff,

v.

INTERLACHEN COUNTRY CLUB, RAFE FLEEER, CANADA LIFE ASSURANCE COMPANY and DOES 1 THROUGH 10,

Defendants.

CIVIL NO. 00-1481 (RHK)

ORDER

The above matter has been reassigned to Magistrate Judge Susan R. Nelson. The Pretrial Conference scheduled for July 26, 2000 is canceled. All further pretrial proceedings will be conducted by Magistrate Judge Susan R. Nelson. To schedule any court proceedings before Magistrate Judge Susan R. Nelson, please contact Ms. Beverly Riches, (651) 848-1200, 242 Federal Courts Building, 316 North Robert Street, St. Paul, Minnesota, 55101.

Dated: June 26, 2000

JOHN M. MASON
United States Magistrate Judge

Filed JUN 27 2000
Francis E. Dosal, Clerk
Judgment Entered __________
Deputy Clerk's Initials __________