UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MAGGIE SMITH,

Plaintiff,

vs

CV00-1481 RHK/SRN

INTERLACHEN COUNTRY CLUB
RAFE FLEENER
THE CANADA LIFE ASSURANCE COMPANY
Does 1 through 10,

Defendants.

**ORDER OF DISMISSAL**

The Court having been advised that the above action has been settled, the parties needing additional time to finalize a settlement agreement,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retaining jurisdiction for thirty (30) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: October 13, 2000

RICHARD H. KYLE, JUDGE
U.S. DISTRICT COURT

OCT 13 2000
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK