UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Maggie Smith,
Plaintiff,
v.

Interlachen Country Club, Rafe Fleener, Canada Life Assurance Company and Does 1 through 10,

Defendants.

Civil No.: 00-1481 RHK/SRN

**[~~PROPO~~SED] ORDER EXTENDING COURT'S JURISDICTION**

The Court having been advised that the parties to the above action need additional time to finalize a settlement agreement,

IT IS HEREBY ORDERED that the Court shall retain jurisdiction over this action for an additional sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: November 15, 2000

RICHARD H. KYLE, JUDGE
U.S. DISTRICT COURT

FILED NOV 14 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______