**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Maggie Smith,
Plaintiff,

v.

Interlachen Country Club, Rafe Fleener,
Canada Life Assurance Company and
Does 1 through 10,

Defendants.

Civil No.: 00-1481 RHK/SRN

---

**[redacted] ORDER EXTENDING COURT'S JURISDICTION**

The Court having been advised that the parties to the above action need additional time to finalize a settlement agreement,

IT IS HEREBY ORDERED that the Court shall retain jurisdiction over this action for an additional fourteen (14) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: January 12, 2001

RICHARD H. KYLE, JUDGE
U.S. DISTRICT COURT

FILED JAN 12 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________